UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELLEN PARKER                                    CIVIL ACTION

VERSUS                                           NO: 07-8856

N. BURL CAIN, WARDEN                             SECTION: R(1)

### ORDER

Having reviewed *de novo* the Petition for Writ of Habeas Corpus, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's petition be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of October, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE